# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE T. WARREN, | CASE NO. CV 09-5579-AG (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| G. ROSALES, Warden, | |
| Respondent. | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

**IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

DATED: Dec 29, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE